

ORDERED in the Southern District of Florida on April 6, 2021.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                     Case No. 21-13230-EPK

**CHRISTI LEE STRAUB,**                                   Chapter 7

     Debtor.
_____/

### ORDER APPROVING APPLICATION TO WAIVE CHAPTER 7 FILING FEE

This matter came before the Court upon the *Application to Have the Chapter 7 Filing Fee Waived* [ECF No. 3] (the "Application") filed by Christi Lee Straub (the "Debtor"). Having considered the Application, the Court ORDERS and ADJUDGES as follows:

1. The Application [ECF No. 3] is APPROVED.

2. The chapter 7 filing fee in the above-captioned case is WAIVED.

3. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies to:

Dana L. Kaplan, Esq.

*Dana L. Kaplan, Esq. shall serve a copy of this order on all parties in interest and file a certificate of service with the Clerk of Court.*