**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

IN RE:  CASE NO.: 21-13230-EPK
 Chapter 7
CHRISTI LEE STRAUB,

    Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the **(C.P. #11) Order Granting Application for Waiver of the Chapter 7 Filing Fee (Re: # [3])** was furnished via Electronic Service, fax and/or U. S. Mail to the parties on the attached mail list this the 6th day of April, 2021.

    KELLEY, FULTON & KAPLAN, P.L.
    Attorney for Debtor
    1665 Palm Beach Lakes
    Blvd. The Forum – Suite 1000
    West Palm Beach, FL 33401
    Phone (561) 491-1200
    Facsimile (561) 684-3773
    BY:  */s/ Dana L. Kaplan*
        DANA L. KAPLAN, ESQUIRE
        Florida Bar 44315

**Mailing Information for Case 21-13230-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Dana L Kaplan**   dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com
- **Deborah Menotte**   menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Synchrony Bank**
> PRA Receivables Management, LLC
> PO Box 41021
> Norfolk, VA 23541
>
> See attached mailing matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 21-13230-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Apr  6 15:57:55 EDT 2021 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Ariana Fajardo Orshan<br>U.S. Attorney's Office<br>500 S. Australian Avenue<br>Ste 400<br>West Palm Beach, FL 33401-6209 |
| Brian Downing, Treasurer<br>City Hall Building<br>319 W Case St.<br>POB 70<br>Negaunee, MI 49866-0070 | CT Corporation System<br>C/O Quicken Loans<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324-4459 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Harry Sherva<br>6106 Birch Drive<br>Fort Pierce, FL 34982-7500 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20829<br>Fountain Valley, CA 92728-0829 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>POB 621503<br>Atlanta, GA 30362-3003 |
| MOHELA<br>Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Miguel Cardona<br>Department of Education Building<br>400 Maryland Ave, SW<br>Washington, DC 20202-0008 | Monty Wilkinson, U.S. Attorney General<br>Internal Revenue Service<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | Monty Wilkinson, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| Nicholas Benson, County Treasurer<br>Marquette County Treasurer<br>234 W. Baraga Ave.<br>Marquette, MI 49855-4710 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quicken Loans<br>The Corporation Company<br>40600 Ann Arbor Rd. East<br>Suite 201<br>Plymouth, MI 48170-4675 |
| Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Transworld System Inc<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 | University of Minnesota<br>211 Bruininks Hall<br>222 Pleasant St. SE<br>Minneapolis, MN 55455-0239 | Christi Lee Straub<br>6106 Birch Drive<br>Fort Pierce, FL 34982-7500 |
| Dana L Kaplan<br>1665 Palm Beach Lakes Blvd #1000<br>W Palm Beach, FL 33401-2109 | Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421-1087 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Internal Revenue Service
Office of Chief Counsel
1111 Constitution Avenue NW
Room 5408
Washington, DC 20224


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29