United States Bankruptcy Court

Southern District of Florida

In re:  
Christi Lee Straub  
      Debtor

Case No. 21-13230-EPK  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: CGFD65 | Total Noticed: 24 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christi Lee Straub, 6106 Birch Drive, Fort Pierce, FL 34982-7500 |
| 96139445 | + | Ariana Fajardo Orshan, U.S. Attorney's Office, 500 S. Australian Avenue, Ste 400, West Palm Beach, FL 33401-6209 |
| 96139446 | + | Brian Downing, Treasurer, City Hall Building, 319 W Case St., POB 70, Negaunee, MI 49866-0070 |
| 96139450 | + | Harry Sherva, 6106 Birch Drive, Fort Pierce, FL 34982-7500 |
| 96139458 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 96139455 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 96139457 | + | Miguel Cardona, Department of Education Building, 400 Maryland Ave, SW, Washington, DC 20202-0008 |
| 96139460 | + | Monty Wilkinson, U.S. Attorney General, Internal Revenue Service, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009 |
| 96139459 | | Monty Wilkinson, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 96139461 | + | Nicholas Benson, County Treasurer, Marquette County Treasurer, 234 W. Baraga Ave., Marquette, MI 49855-4710 |
| 96139462 | | Quicken Loans, The Corporation Company, 40600 Ann Arbor Rd. East, Suite 201, Plymouth, MI 48170-4675 |
| 96139467 | | University of Minnesota, 211 Bruininks Hall, 222 Pleasant St. SE, Minneapolis, MN 55455-0239 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | May 11 2021 00:34:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 00:57:44 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96139449 | + | Email/PDF: cbp@onemainfinancial.com | May 11 2021 00:57:36 | CT Corporation System, C/O Quicken Loans, 1200 South Pine Island Road, Fort Lauderdale, FL 33324-4459 |
| 96139447 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 00:59:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96139451 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 11 2021 00:37:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 96139453 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2021 00:35:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 96139448 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 00:59:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 96139456 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2021 00:57:34 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 96139463 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 01:01:30 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96139464 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 01:01:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96139465 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: CGFD65 | Total Noticed: 24 |

| | | May 11 2021 00:59:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
|---|---|---|---|
| 96139466 | + Email/Text: bankruptcydepartment@tsico.com | May 11 2021 00:37:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96139454 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of Chief Counsel, 1111 Constitution Avenue NW, Room 5408, Washington, DC 20224 |
| 96139452 | *+ | Internal Revenue Service, POB 621503, Atlanta, GA 30362-3003 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dana L Kaplan | on behalf of Debtor Christi Lee Straub dana@kelleylawoffice.com tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com |
| Deborah Menotte | menottetrustee@gmail.com  ecf.alert+Menotte@titlexi.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on May 10, 2021**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21-13230-EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Christi Lee Straub
6106 Birch Drive
Fort Pierce, FL 34982

SSN: xxx-xx-3732

### ORDER DETERMINING DEBTOR'S
### COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

###

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*